IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

REHAB CARE GROUP EAST INC.                                                PLAINTIFF

NO. 07-5236

KMJ ENTERPRISES BENTONVILLE MANOR ET AL                    DEFENDANT

CLERK'S ORDER OF DISMISSAL

On this 12th day of September, 2008, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41(a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


BY   /s/   Connie Test
Deputy Clerk